IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA R. HARRIS                 *
              Petitioner
      v.                                 *    CIVIL ACTION NO. WMN-06-2281

UNITED STATES DISTRICT COURT     *
              Respondent.
                                         ***

## **MEMORANDUM**

Donta R. Harris ("Harris"), an inmate confined at the United States Penitentiary-Lee in Jonesville, Virginia, filed various documents with the court on August 31, 2006,[1] holding himself out as a secured party, creditor, and claimant. Paper No. 1. The nature of the cause of action is indecipherable. Harris seemingly seeks the return of approximately 3 billion dollars "on deposit" which he maintains was money submitted to the court as part of a bond payment. *Id*. He states that he is entitled to the return of this property after termination of criminal proceedings filed against him.[2]

Harris's nonsensical documents do not make out a claim under this court's federal question jurisdiction. His cause of action shall be dismissed.[3] A separate Order follows.

Date: September 7 , 2006                         _____/s/_____
                                                             William M. Nickerson
                                                              Senior United States District Judge

---

[1] The pro se prepared documents include, but are not limited to, a Bond for Release of Property, a Financing Statement, a Commercial Copyright Notice, a Uniform Commercial Code Financing Statement, an Order Bond, a Security on Order Bond, a Security Agreement, a Durable Power of Attorney, and a Hold Harmless and Indemnity Agreement. Paper No. 1.

[2] Harris is seemingly referencing *United States v. Harris*, Criminal No. WMN-02-0381 (D. Md.). After four days of a jury trial Harris was re-arraigned and entered guilty pleas to multiple counts of bank robbery and use and possession of a firearm in a crime of violence in violation of 18 U.S.C. § 2113 & 924(c). *Id*. He was sentenced to a total 50-year term on January 13, 2004. Harris's 28 U.S.C. § 2255 motion to vacate was denied by the undersigned on March 8, 2006. *Id*. at Paper Nos. 156 & 157.

[3] Neither the civil filing fee nor an in forma pauperis motion accompanied the document. This omission is of no moment as the case is subject to dismissal.